UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRAVIS HAYWARD, on behalf of himself, and others similarly situated, | Case No. 17 CV 2944 (ILG)(CLP) |
| Plaintiff, | **STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |
| -against- | |
| IBI ARMORED SERVICES, INC., and MICHAEL SHIELDS, | |
| Defendants. | |

---

It is hereby stipulated and agreed, pursuant to Rule 41(a), by undersigned counsel for the respective parties to the case, that the case shall be and hereby is, dismissed without prejudice and without costs or attorneys' fees, solely against opt-in plaintiffs Cecil Persuad and Bruce Lake.

Dated: New York, New York
Aug ~~June~~ 22, 2018

Respectfully submitted,

**CILENTI & COOPER, PLLC**

By: _____
Peter H. Cooper (PHC 4714)
**Attorneys for Plaintiffs**
708 Third Avenue – 6th Floor
New York, NY 10017
T. (212) 209-3933
F. (212) 209-7102

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

By: _____
Stacey L. Pitcher (     )
**Attorneys for Defendants**
360 Lexington Avenue – 13th Fl.
New York, NY 10017
T. (646) 656-0513
F. (215) 665-3165