UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRAVIS HAYWARD, on behalf of himself,
and others similarly situated,

                  Plaintiff,

-against-

IBI ARMORED SERVICES, INC., and
MICHAEL SHIELDS,

                  Defendants.

Case No. 17 CV 2944
(ILG)(CLP)

**NOTICE OF
CROSS-MOTION
FOR SUMMARY
JUDGMENT**

---

**PLEASE TAKE NOTICE**, that upon the Declaration of Peter H. Cooper, Esq.,

dated October 26, 2018, with exhibits annexed thereto; the Statement of Undisputed

Material Facts pursuant to Local Civil Rule 56.1; the affidavit of plaintiff Travis

Hayward, sworn to on June 20, 2017; and the accompanying memorandum of law, as

well as all of the pleadings and proceedings heretofore had herein, the undersigned

counsel for plaintiff Travis Hayward and opt-in plaintiffs, will move this court, before the

Honorable I Leo Glasser, Senior Judge of the United States District Court for the Eastern

District of New York, at the United States Courthouse, located at 225 Cadman Plaza

East, Brooklyn, New York 11201, at a date and time to be determined by the court, for an

order:

    (i)      denying defendants' motion for partial summary judgment to dismiss

            certain claims in plaintiffs' complaint, in its entirety;

    (ii)     awarding plaintiff Travis Hayward, and opt-in plaintiffs, summary

            judgment or a declaratory judgment on their claim for minimum overtime

            compensation pursuant to the New York Labor Law and implementing

regulations, such that those plaintiffs who were otherwise exempt from overtime by reason of the Motor Carrier Act, were entitled to the minimum overtime rate of one and one-half times the basic minimum hourly rate for hours worked in excess of forty (40) per week;

(iii)    awarding plaintiff Travis Hayward, and opt-in plaintiffs, statutory penalties under the New York State Wage Theft Prevention Act; and

(iv)    awarding such other, further, and different relief that the Court determines to be just and proper.

Dated: New York, New York
        October 29, 2018

                                        Respectfully submitted,

                                        CILENTI & COOPER, PLLC

                        By:    _____
                                        Peter H. Cooper, Esq. (PHC 4714)
                                        **Attorneys for Plaintiff/opt-in Plaintiffs**
                                        708 Third Avenue – 6th Floor
                                        New York, New York 10016
                                        Telephone (212) 209-3933
                                        Facsimile (212) 209-7102

To:    Stacey L. Pitcher, Esq.
        Matthew Beckwith, Esq.
        OBERMAYER REBMANN
        MAXWELL & HIPPEL LLP
        **Attorneys for Defendants**
        521 Fifth Avenue – 34th Floor
        New York, NY 10175
        Telephone (917) 994-2551