UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
TRAVIS HAYWARD, on behalf of himself
and all other similarly situated,

                      Plaintiff,

                                                                JUDGMENT
                                                                17-CV-02944 (ILG)
      v.

IBI ARMORED SERVICES, INC.,
and MICHAEL SHIELDS,

                     Defendants.
-------------------------------------------------------------------------X

       A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on April 11, 2019, granting Defendant's motion for summary judgment as to Plaintiffs' overtime claims under the FLSA and NYLL; denying Plaintiffs' cross-motion for summary judgment as to their overtime and wage statement claims; and a Memorandum and Order, having been filed on June 13, 2019, granting Plaintiffs' motion for a final judgment as to their overtime claims pursuant to Rule 54(b); it is

       ORDERED and ADJUDGED that Plaintiffs' motion for a final judgment as to their overtime claims pursuant to Rule 54(b) is granted.

Dated: Brooklyn, NY                                           Douglas C. Palmer
       June 24, 2019                                          Clerk of Court

                                                                By:    /s/*Jalitza Poveda*
                                                                        Deputy Clerk