UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TRAVIS HAYWARD, on behalf of himself, and others similarly situated,

                Plaintiff,

-against-

IBI ARMORED SERVICES, INC., and MICHAEL SHIELDS,

                Defendants.

Case No. 17 CV 2944
(ILG)(CLP)

**NOTICE OF APPEAL**

---

    Plaintiff, Travis Hayward, and opt-in plaintiffs (collectively, "Plaintiffs"), by their attorneys, Cilenti & Cooper, PLLC, hereby appeal to the United States Court of Appeals for the Second Circuit, from a judgment of the District Court for the Eastern District of New York, dated June 24, 2019 (Exhibit "A"). Plaintiffs appeal from each and every part of the judgment that is adverse to them.

Dated: New York, New York
       June 26, 2019

                                    Respectfully submitted,

                                    **CILENTI & COOPER, PLLC**

                    By: _____
                                  Peter H. Cooper (PHC 4714)
                                **Attorneys for Plaintiffs**
                                708 Third Avenue – 6th Floor
                                New York, NY 10017
                                T. (212) 209-3933
                                F. (212) 209-7102
                                E-mail: pcooper@jcpclaw.com

To:    Dove A.E. Burns, Esq.
Stacey L. Pitcher, Esq.
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
**Attorneys for Defendants**
360 Lexington Avenue – 13th Floor
New York, NY 10017
Telephone (646) 656-0513
Facsimile (215) 665-3165